UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

           v.           Miscellaneous Case No. 10-mc-11-SM

Cynthia L. Smith

## O R D E R

I herewith approve the [5] Report and Recommendation of Magistrate Judge Muirhead dated March 23, 2010, no objection having been filed.

It is ordered that the taxpayer, Cynthia L. Smith, obey the summons and that she appear on May 11, 2010 at 1:00 p.m. at 80 Daniels Street, P.O. Box 9502, Portsmouth, New Hampshire, before Ann MacKean, to give testimony and produce all books and records in her possession or control required and called for by the terms of the summons of September 9, 2009.

It is further ordered that the government be awarded its costs.

SO ORDERED.

April 19 , 2010          /s/ Steven J. McAuliffe
                            Steven J. McAuliffe
                            Chief Judge

cc:    T. David Plourde, AUSA
        Cynthia L. Smith, pro se